ACCEPTED
14-14-00808-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 2:40:04 PM
CHRISTOPHER PRINE
CLERK

**NOTICE: DOCUMENT CONTAINS
SENSITIVE INFORMATION**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 2:40:04 PM
CHRISTOPHER A. PRINE
Clerk

## CAUSE NO. 2006 47105

| | | |
|---|---|---|
| IN THE MARRIAGE | § | IN THE DISTRICT COURT |
| STEVEN W. ARD and | § | 311TH JUDICIAL DISTRICT |
| MARSHA ARD-PHILLIPS | § | HARRIS COUNTY, TEXAS |

### APPELLANT'S FIRST REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

Dear Harris County District Clerk,

Please see below, my request for supplemental records from corresponding cases 2001-38760 and 2006-47105 for the appellate record cause number14-14-00808-CV in the 14th Court of Appeals. Please let me know the additional cost.

Thank you.

/s/ Marsha Phillips

## Cause no. 2001-38760    Documents requested for Appellate Clerk's Record by image number.

Please state the title of the documents for the X-Casefile Documents.

| | | | | |
|---|---|---|---|---|
| 64138687 | Respondent's Response to Zimmerman, First Set of | 06/08/2004 | 5 | Interrogatories to Steve Ard |
| 64138702 | Respondent's Response to Zimmerman, Requests for | 06/08/2004 | 4 | Disclosure to Steve Ard |
| 64138708 | Steve Ard's Response to Zimmerman Requests for | 06/08/2004 | 8 | Production to Steven Ard |
| 64138715 | Respondent's response to Zimmerman, Requests for | 06/08/2004 | 7 | Admissions to Steve Ard |
| 64293731 | letter  05/28/2004  letter of Ard commingling our legal documents | 1 | pg. | |
| ‹> 64149533 | Affidavit of Marsha ArdPhillips | 02/17/2004 | 1 | paid Nichols w/ own money |
| 64136745 | Respondent, Steve Ard's Motion to Strike Petition in Intervention | 1/08/2004 | 3 | |
| 64136746 | Affidavit of Steven W. Ard | 01/08/2004 | 1 | Ard paid Morris |
| 64213823 | Third Amended Counter-Petition for Divorce | 08/25/2003 | 10 | |
| 64213929 | Counter-Respondent's Answer to Second Amended Counter-Petition for Divorce | 08/19/2003 | 3 | |
| 64213928 | Second Amended Counter-Petition for Divorce | 08/18/2003 | 9 | |
| 64217243 | TX Subpoena for Witness Subpoena/Dukes Tectum Pursuant to | 05/08/2003 TX Ru Cave Pros 176 | 3 | |
| 15504584 | NOTICES  02/21/2003  97  Interreges, answers, petitions for divorce, MP affidavits | | | |
| 5501371 | X-CASEFILE DOCUMENTS  149  MP responses to Morris in Grievance | | | |

Appellant's Request for Supplemental Clerk's Record    July 10, 2015                                Page 1 of 5

15501372    X-CASEFILE DOCUMENTS    85    Ard's Grievance on Morris

15501373    X-CASEFILE DOCUMENTS    122    Morris Reply to Ard's grievance

15501374    X-CASEFILE DOCUMENTS    67    Ard's response to Morris reply

15504522    X-CASEFILE DOCUMENTS    4    8/25/02  MP exhibits for jury trial

15504532    PLEADINGS    Ard's 3rd amend carpet divorce    10

15504586    X-CASEFILE DOCUMENTS    12 MP reply to art's mo. part sum judge

16131266    X-CASEFILE DOCUMENTS    26  Dry Swenson n Ard

16131272    X-CASEFILE DOCUMENTS    96  Mc Gregory recs  Ard

16132204    X-CASEFILE DOCUMENTS  Dr. Rosenstock    Ard 23

16132206    X-CASEFILE DOCUMENTS  Dr. Axelrod Ard    Ard 26

16233914    MOTION    174    MP's motion for summary judgement on

.> 64109859    Exhibit 1    4 yr. sol law    15

64138567    Financial Information Statement Ard – 0ct. 18, 2001    2

## Cause No. 2006-47105    Documents requested for Appellate Clerk's Record - by image no.  low to high.

32840679  ORDER GRANTING PRODU OF DOCU SIGNED  10/03/2007  TEMP ORD SIGNED W/O  CHIL 10/03/2007  3

33423444  ORDER GRANTING MOTION TO ENFORCE JUDGMENT SIGNED   10/25/2007  2

42630995  Respondent First Amended Answer    06/25/2009    3

42792168 – In previous docket list but not on current HCDC website

42934397  ORDER APPROVING STIPULATION SIGNED    Jury to hear the entire case    07/20/2009    1

43297733  ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED    09/04/2009    2

44505937  Opposed Motion For Withdrawal of Counsel: 07/02/2009    4

44505938  Order On Motion For Withdrawal of Counsel    : 07/02/2009    2

44505939  Opposed Motion For Continuance    07/02/2009    3

44505942  Order On Opposed Motion For Continuance  07/02/2009    1

44509500  respondent's response to petitioner's motion for summary judgment    11/20/2007    12

44509684  first amended counter-petition for divorce    06/25/2009    9

44509710  Respondent's Response To: Petitioner's Response To Respondent's "Request For" Mo To Modify Temp

    Orders, Add'l Tem Orders and Second Add'l Temp Orders; and To Consol Same   11/26/2007   2

44509713  Respondent Marsha Ard-Phillips' Supporting Affidavit 11/05/2007    2

44509733  Amended Motion To Modify Temporary Orders, Additional Temporary Orders, and Second Additional

    Temporary Orders and; To Consolidate Same    11/21/2007    4

44509734  Order on Motion To Compel Discovery and For Sanctions 04/22/2008          2

44510104  SUBPOENA DUCES TECUM              01/16/2007      3

44511120  Docket sheet              09/21/2009      8        hand written

44511124  Exhibit C          09/21/2009      1        Kamin's Affidavit for Atty Fees for $177,238.

44511127  ORIGINAL PETITION IN INTERVENTION          09/21/2009   4

 4512381  respondent's response to petitioner's motion for summary judgment          03/18/2008      12

44524442  Exhibit B          02/25/2008      1        Ard's Mo Sum Jud 2/25/2008

44524621  Exhibit 1          04/28/2008      1        ltr. From Judge Burg re: $356K house proceeds

46360446  Response to Motion to enter order and order of judicial determination on Jenkins and kamins proof of claim
        in bankruptcy court case no 09-37734 chapter 7          09/14/2010      2

46360451  Exhibit A          09/14/2010      1        Hohenburger's Proposed Order on Jud Determination

46724022  Opposed Motion to Modify Temporary Spousal Support and Order Setting Hearing    10/20/2010     2

46724023  Exhibit A          10/20/2010      1        Ard's income for Mo. Modify

46724024  Exhibit B          10/20/2010      1        Ard's income for Mo. Modify

46724025  Exhibit C          10/20/2010      1        Proposed Order for. Mo... Modify

46963630  Objection to Consolidation of Hearings Scheduled on Nov. 23, 2010,  Participation of Attorneys Allan Cease,
        Charles Long & William Harris in any further state court bankruptcy hearings & participation of Eileen Gaffney in
        a modification of the Judicial Determination          11/16/2010      2

46933470  Response to Motion for Rendition of Determination      1

47058556  ORDER SIGNED AWARDING ATTORNEY FEES  11/23/2010      2

57082806  Respondent's Response to Petitioner's Motion to Compel of JULY 26, 2013.          08/27/2013      6

57507109  5th Amended Proposed Division of Property of Marsha Phillips 09/27/2013      4

57508241  Counter-Petitioner's Exhibit List Part II with Proof of Service 09/27/2013      6

57871176  Opposed Motion To Transfer          10/16/2013      3

59882854  Supplemental Second Amended Counter-Petition For Div: 03/04/2014          3

60619091  Notice of Submission          04/30/2014      5

60619615  ORDER SIGNED DENYING TRANSFER          04/29/2014      1

61496147   Exhibits from 6.10.2009 deposition - exhibits 1 through 36  only   07/07/2014   36  (Ard's deposition)

61531107   Petitioner's 5th Amended Prop. Div. Prop.  7/9/2014   5

61673989   Petitioner's 6th Amended Prop. Div. Prop.  7/9/2014   7   (includes 3 pgs of duplicates)

_____  (61673989)  Counter-Petitioner's 6th Amended Prop. Div. Prop.  Filed 7/21/2014  envelope #1881342  3
        Refiled July 2, 2015 envelop # 5924240 transaction # 9717885          6

_____ Counter-Petitioner's Sworn Inventory filed July 8, 2014 envelope #1761504, refiled July 10, 2014 envelope# 1737380. Refiled July 12, 2014 envelope # 1806052. Still missing. Re-filed July 2, 2015 envelope # 5922553 transaction #9717713   32pg +8 pg  with proof of previous filings        40

_____ Any Sworn Inventory & Appraisal filed by Petitioner AFTER his 1st Amend Inv. & Apprais of  9/26/2013  21

62088714  Cover letter to Pet re: QDROs & proposed decree        08/22/2014      1

62658912  Affidavit of Indigence                10/07/2014      2

62744787  Appellee's Contest to Affidavit of Indigence                10/12/2014      4

62776038  DISTRICT CLERK'S CONTEST OF AFFI OF INDIG TEXAS RULE OF APPELLATE PROC 20.1   10/14/2014     2

62787633  APPELLANT'S REPONSE TO APPELEE'S CONTEST TO AFFIDAVIT OF INDIGENCE        10/15/2014     8

62787634  AFFIDAVIT OF GOVERNMENT ENTITLEMENT        10/15/2014      3

62821250  Court of Appeals Fourth District (letter to judge regarding appellant's aff of indigence) 10/16/2014     4

62823027  Court Reporter's Contest of Affidavit of Indigence  10/17/2014    2

62857234  Respondents Not of Past Due Findings of Fact & Conclus of Law from the 269th Judi Dist Ct 10/21/2014  1

62991558  ORDER SIGNED DENYING PAUPER'S OATH        10/22/2014      1

63028226  Affidavit of Indigence from TAJS office signed 10/31/2014        11/03/2014      3

63038277  EXHIBIT 1        11/03/2014      21        Ard's written admission of bad to me

63038279  EXHIBIT 3        11/03/2014      2        Ard's estimate of estate

63051190  Notice of Submission of Respondents Motion to Modify, Correct or Reform Judgment  11/04/2014   1

63051191  Proposed Order on Respondent's Motion to Modify, Correct or Reform Judgment        1

63090135  Respondent's Amended Request for Documents to be Included in Clerks' Record       11/06/2014   4

63092622  Filing letter        04/08/2014      2        statement that case is assigned to 311th

63185043  Response to Motion to Modify, Correct, or Reform Judgment        11/14/2014     2

63185048  Respondents Reply to Petitioner's Respo to Respon's Mo to Modify Correct or Amend 11/14/2014    3

63289255  Appellant's Motion for Free Appellate Record  and Order for same        11/20/2014     4

_____ Appellant's Motion for Free Appellate Record is missing from the HCDC website.  It was e-filed 10/17/2014 envelope # 2865164    3   Refiled on July 2, 2015  with proof of previous e-filing envelope# 5924330 Transaction #9718052    6

63289262  Proposed Order for Motion for Free App rec   1  filed 10/17/2014

63289258  Attachment B. Respondents Amended Request for Docs to be Included in Clerks Record 11/20/2014    4

63289260  Respondents Second Request to Prepare Reporters Record        11/20/2014     2

63289261  Notice of Submission for Motion for Free App Rec        11/20/2014     1

63837882  ORDER SIGNED GRANTING MOTION TO RULE FOR COSTS        11/12/2014     1    Not visible on website

63837883  ORDER SIGNED DENYING PAUPER'S OATH (CASE ON APPEAL) 11/12/2014     2

63842485  Supplemental Request for Documents in District Clerks Records        01/13/2015        11

64098747  MOTION TO MODIFY ORDER ON JUDICIAL DETERMINATION ON INTERVENTION        12/06/2010        2

64098771  Exhibit E                3        Unopposed order on modifying bkcy stay

64098773  Exhibit C                1        Affidavit of $177,238. Atty fees

64098792  RELIIEF FROM STAY PARTIAL TRANSCRIPT-RULING ONLY                        7

64098875  ORDER DENYING OBJECTION TO CLAIM (DOC#57) AND TERM STAY PENDING APPEAL (DOC #43)        1

64098882  UNOPPOSED ORDER MODIFYING STAY                3

64098883  ORAL ARGUMENT                19        Hearing in bankruptcy court

64098885  DEBTOR'S OBJECTION TO CLAIM OF JENKINS & KAMIN, LLP (CLAIM#6)                3

64098886  Affidavit                2        My Affidavit to my objection to K's claim

64098887  Bankruptcy                1        K's Proof of Claim

64098891  Rule 11 Agreement                11/10/2009        1        Cease and Kamin's 10/12/2009 Rule 11

64998789  Rule 11 Agreement        8/23/2010        2        Cease and Kamin's agreement on Ard on Intervention fees

65299860  Signed Order        10/11/2007        1        hand written order setting hearing on motion Compel

65471234  Proposed Order on Request For Notice of Submission        05/18/2015        1

65471237  Res  Mo for Inclusion of Judge Hinohosa signed Order Confirming Jury Verdict of  July 27, 2009        2

_____  Envelope # 42793250  Transaction # 7044205  lead document w/ case no. 2006-47105        14 pgs.

65471238  Proposed Order on Inclusion of documents in Appellate Record 05/18/2015        1

65471239  Objection to Appellate Record                05/18/2015        1

65735902  Requested Stipulation and Production of Copy of Court Order 06/08/2015        1

65823901  Order signed setting hearing on Notice of Submission        1

65942043  Objection to Notice of Hearing on Setting of hearing on Submission 1

Along with these documents, please include the following:

1.  Any requests from Petitioner for items to be included in the Reporter's transcript or Clerk's appellate record.

2.  All clerk and court reporter requests for appellate records for the Appellate court record not included in the Appellate record filed April 17, 2014.

3.  In case no. 2001-38760, if the image number changes from document's number in this request,  a list of the new document's  title and its corresponding image number.

Thank you.

Marsha Phillip